Sherril K. STILLWELL, Petitioner–
Appellant

v.

SECRETARY OF HEALTH AND
HUMAN SERVICES, Re-
spondent–Appellee.

No. 2015–5005.

United States Court of Appeals,
Federal Circuit.

June 15, 2015.

Sol P. Ajalat, Ajalat & Ajalat, LLP,
North Hollywood, CA, argued for petition-
er-appellant.

Alexis B. Babcock, Vaccine/Torts
Branch, Civil Division, United States De-

partment of Justice, Washington, DC, argued for respondent-appellee. Also represented by Joyce R. Branda, Rupa Bhattacharyya, Vincent J. Matanoski, Voris E. Johnson, Jr.

NEWMAN, SCHALL, and HUGHES, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**